UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARSHA SHELNEAL COX,

    Plaintiff,

v.

SKLD BELTLINE, CRAIG SUNDAY,
and DEBORAH HUDSON,

    Defendants.
_____/

Case No. 1:22-cv-587

HON. JANE M. BECKERING

**ORDER**

This is a civil action filed by a *pro se* litigant. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation (ECF No. 7) on July 18, 2022, recommending that Plaintiff's action for a declaratory judgment be dismissed without prejudice and that an appeal would not be taken in good faith. The Report and Recommendation was duly served on Plaintiff.[1] No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Accordingly:

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 7) is APPROVED and ADOPTED as the Opinion of the Court, and Plaintiff's action is DISMISSED without prejudice for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of the Judgment would not be taken in good faith.

A Judgment will be entered consistent with this Order.

Dated: August 9, 2022

                                                            /s/ Jane M. Beckering
                                                            JANE M. BECKERING
                                                           United States District Judge

---

[1] Plaintiff is the only party that has appeared in the case at this time.